IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES HICKS,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

Case No. 11-cv-135-lsa

UNITED STATES OF AMERICA,

    Respondent.

    This action came for consideration before the court with District Judge Lynn Adelman presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner

James Hicks' § 2255 motion and dismissing this case.

by: _K. Jacobson, Deputy Clerk_      5/20/11

    Peter Oppeneer, Clerk of Court        Date